# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| DONALD COLE, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-19-0021-F |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

# **ORDER**

Plaintiff Donald Cole brings this action for judicial review of the Commissioner's decision that he was not "disabled" under the Social Security Act. *See*, 42 U.S.C. §§ 405(g), 423(d)(1)(A). Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on August 13, 2019 (doc. no. 18, the Report), recommending the Commissioner's decision be reversed and remanded. The Report advised the parties of their right to file written objections to the Report by September 3, 2019. The Report also advised that failure to make timely objection to the Report waives appellate review of the factual and legal issues addressed in the Report. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. As recommended there, the Commissioner's decision denying benefits is hereby **REVERSED** and **REMANDED**.

DATED this 5th day of September, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0021p001.docx